UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DARLENE CLEMONS,

                   Plaintiff,

   v.                                    Action No. 3:10−CV−101

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                   Defendant.

## FINAL ORDER

This matter comes before the Court on Darlene Clemons's objections to Judge Dennis Dohnal's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of her application for Social Security Disability and Supplemental Security Income payments (Docket No. 16). For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Clemons's objections and ADOPTS Judge Dohnal's Report and Recommendation (Docket No. 15) denying Clemons's Motion for Summary Judgment (Docket No. 12), GRANTS Defendant's Motion for Summary Judgment (Docket No. 14), AFFIRMS the Commissioner's decision to deny benefits to Clemons.

      Let the Clerk send a copy of this Order to all counsel of record.

      It is SO ORDERED.

                                                /s/
                               James R. Spencer
                               Chief United States District Judge

ENTERED this  11th  day of March 2011